UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

KIM NORTHRUP

V.                          CIVIL ACTION NO. 02-11853-RGS

NORTHEASTERN UNIVERSITY

# ORDER OF DISMISSAL

STEARNS, DJ.                          MARCH 11, 2004

THIS COURT HAVING ALLOWED DEFENDANT'S MOTION TO DISMISS ON MARCH 8, 2004,

IT IS HEREBY ORDERED:   THE ABOVE-CAPTIONED ACTION IS HEREBY **DISMISSED.**

SO ORDERED.

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

BY:

/s/ Mary H. Johnson
_____
Deputy Clerk